**W. R. Guile Company, appellee, v. John H. Leslie and George H. Leslie, trading as John H. Leslie & Company, appellants. Gen. No. 30,140.**

Action to recover purchase price of goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sidney M. Ward, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Warner H. Robinson, for appellants; Lee Walker, of counsel. Harris, Reinhardt & Russell, for appellee; John A. Russell and Herbert Bebb, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Joseph Iglitzky and Phillip Shapiro, copartners, trading as Independent Cloak Company, appellees, v. L. Siegal Company, Inc., appellant. Gen. No. 30,195.**

Action for labor and materials furnished. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

David Olshan, for appellant. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**Clara J. Pridmore, appellant, v. Erwin S. Hottinger, appellee. Gen. No. 30,204.**

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Cloyes, Cleveland & Klingler, for appellant. Frank Comerford, for appellee; Grenville Beardsley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Thomas Manufacturing Company, appellant, v. Frank Baackes, appellee. Gen. No. 30,213.**

Action upon contract of guaranty. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Gilbert F. Wagner, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.